

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2016

No. 04-16-00420-CV

**BARBARA TECHNOLOGIES CORPORATION**,
Appellant

v.

**STATE FARM LLOYDS** and Christopher Blalock,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10997
Honorable Larry Noll, Judge Presiding

# O R D E R

On July 25, 2016, the trial court clerk filed a notification of late record, stating that the appellant had failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellant was not entitled to appeal without paying the fee. On July 29, 2016, we ordered appellant to provide written proof to this court that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant was entitled to appeal without paying the clerk's fee. Appellant has filed a written response with proof of payment for the trial court's fee. We therefore ORDER the trial court clerk to file the clerk's record on or before **September 6, 2016**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court